CHICAGO FUSE WIRE & MFG. CO. v. HOWARD ELECTRIC CO. (Circuit Court of Appeals, Seventh Circuit. April 28, 1915.) No. 1908. Appeal from the District Court of the United States for the Northern District of Illinois. Luther L. Miller, of Chicago, Ill., for appellant. Howard M. Cox and Dwight B. Cheever, both of Chicago, Ill., for appellee.

PER CURIAM. Order dismissing appeal.

---

CHICAGO, M. & ST. P. R. CO. v. MRACEK. (Circuit Court of Appeals, Seventh Circuit. May 25, 1915.) No. 2153. In Error to the District Court of the United States for the Northern District of Illinois. O. W. Dynes and C. S. Jefferson, both of Chicago, Ill., for plaintiff in error. Wm. Duff Haynie, Herbert C. Lust, and O. R. Barrett, all of Chicago, Ill., for defendant in error.

PER CURIAM. Judgment affirmed.

---

CHICAGO & A. R. R. v. STRONG. (Circuit Court of Appeals, Seventh Circuit. November 4, 1914.) No. 2109. In error to the District Court of the United States for the Eastern District of Illinois. C. E. Pope, of East St. Louis, Ill., for plaintiff in error. D. E. Keefe and D. J. Sullivan, both of East St. Louis, Ill., for defendant in error.

PER CURIAM. Judgment affirmed.

---

CITY OF VEEDERSBURG, IND., v. REISING. (Circuit Court of Appeals, Seventh Circuit. January 12, 1915.) No. 2191. In Error to the District Court of the United States for the District of Indiana. Jas. Bingham, of Indianapolis, Ind., and V. E. Livengood and A. T. Livengood, both of Covington, Ind., for plaintiff in error. Samuel Alschuler, of Chicago, Ill., and Chas. A. Crawford, of Terre Haute, Ind., for defendant in error.

PER CURIAM. Judgment affirmed.

---

CITY OF WEATHERFORD, OKL., v. NUVEEN. (Circuit Court of Appeals, Seventh Circuit. November 24, 1914.) No. 2147. In Error to the District Court of the United States for the Eastern Division of the Northern District of Illinois. Schuyler F. Lynn and Weldon Webster, both of Chicago, Ill., for plaintiff in error. Harry P. Weber and Geo. W. Miller, both of Chicago, Ill., for defendant in error.

PER CURIAM. Judgment affirmed.

---

In re FREEMAN WEST SIDE & SUBURBAN EXPRESS CO. SALBERG et al. v. CENTRAL TRUST CO. OF ILLINOIS. (Circuit Court of Appeals, Seventh Circuit. October 13, 1914.) No. 2119. · Petition to the District Court of the United States for the Eastern Division of the Northern District of Illinois. Benj. E. Cohen, of Chicago, Ill., for petitioners. Lavern W. Thompson, of Chicago, Ill., for respondent.

PER CURIAM. Petition to review and revise dismissed.

---

F. W. THURSTON CO. v. CHADELOID CHEMICAL CO. (Circuit Court of Appeals, Seventh Circuit. April 27, 1915.) No. 2242. · Appeal from the District Court of the United States for the Northern District of Illinois. Taylor E. Brown, of Chicago, Ill., for appellant. Victor Elting, of Chicago, Ill., for appellee.

PER CURIAM. Order dismissing per stipulation of counsel.